UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC., and DOES 1-50, inclusive <br><br> Defendants. | CASE NO. 3:12-cv-01465-BEN-BGS <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION** |

On August 16, 2012, Plaintiffs Illumina, Inc. and Illumina Cambridge Ltd. (together "Illumina") filed an unopposed *ex parte* application for an order continuing the Early Neutral Evaluation Conference in this matter, presently scheduled for September 13, 2012 at 9:30 a.m.

Upon due consideration, and good cause appearing, the Court hereby **GRANTS** Illumina's *ex parte* application and **ORDERS** the Early Neutral Evaluation Conference to be held on October 5, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: August 12, 2012

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE