1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   ILLUMINA, INC.; ILLUMINA CAMBRIDGE          Civil No.    12cv1465-BEN (BGS)
     LTD.,
12
                                      Plaintiff,
13             v.                                    **ORDER RESETTING EARLY
                                                     NEUTRAL EVALUATION
14   COMPLETE GENOMICS, INC,                         CONFERENCE, SETTING
                                                     DEADLINE TO FILE DISCOVERY
                                     Defendant.      PLAN**
15

16           Due to a conflict on the Court's calendar, the Early Neutral Evaluation Conference ("ENE")

17   is RESET and will take place on **September 28, 2012** at **9:30 a.m.**  Settlement Statements are still due

18   no later than **September 6, 2012.**  In preparation for the Case management conference that will take

19   place following the ENE, it is hereby ORDERED:

20           1.      A **Joint Discovery Plan** shall be lodged with Magistrate Judge Skomal by

21   delivering the plan directly to chambers or by emailing it to efile_skomal@casd.uscourts.gov, on or

22   before **September 13, 2012**. The plan must be one document and must explicitly cover the parties

23   views and proposals for **each** item identified in Fed.R.Civ.P. 26(f)(3).  In addition, Judge Skomal

24   requires the discovery plan to identify whether the parties will consent to jurisdiction of a Magistrate

25   Judge.  Agreements made in the Discovery Plan will be treated as binding stipulations that are

26   effectively incorporated into the Court's Case Management Order.

27           In cases involving significant document production and electronic discovery, the parties

28   must also include the process and procedure for "claw back" or "quick peek" agreements as

                                                   1

1 | contemplated by Fed. R. Evid. 502(d).  The parties should also address whether an order providing

2 | for protection under Rule 502(e) is needed.

3 | Failure of any counsel or party to comply with this Order may result in the imposition of

4 | sanctions.

5 |

6 |

7 | DATED:  September 4, 2012

8 |

9 | Hon. Bernard G. Skomal
U.S. Magistrate Judge
10 | United States District Court

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |