**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, Inc. <br><br> Defendant. | Case No. 3:12-cv-01465 BEN BGS <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR PRELIMINARY INVALIDITY CONTENTIONS** <br><br> [Doc. No. 29] |

On December 21, 2012, Plaintiffs Illumina Inc. and Illumina Cambridge Ltd., and Defendant Complete Genomics, Inc. (the "Parties") filed a joint motion for an order to extend the deadline for preliminary invalidity contentions.

Upon due consideration, and good cause appearing, the Court hereby GRANTS the Parties' joint motion and ORDERS that the deadline for preliminary invalidity contentions is extended from January 4, 2013 to January 18, 2013. **NO OTHER DATES CHANGE AS A RESULT OF THIS BRIEF EXTENSION.**

**IT IS SO ORDERED.**

Dated: December 21, 2012

_____
Hon. Bernard G. Skomal
United States Magistrate Judge