# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, Inc. <br><br> Defendant. | Case No. 3:12-cv-01465 BEN BGS <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS** <br><br> [Doc. No. 32] |

On March 14, 2013, Plaintiffs Illumina Inc. and Illumina Cambridge Ltd., and Defendant Complete Genomics, Inc. (the "Parties") filed a joint motion for an order to extend the deadlines for the exchange of preliminary claim constructions and responsive claim constructions..

Upon due consideration, and good cause appearing, the Court hereby GRANTS the Parties' joint motion and ORDERS that the deadline for the exchange of preliminary claim constructions is extended from March 18, 2013 to March 22, 2013 and that the deadline for the exchange of responsive claim constructions is extended from April 2, 2013 to April 4, 2013.

No other dates or deadlines will be modified as a result of this minor extension.

**IT IS SO ORDERED.**

Dated: March 14, 2013

_____
Hon. Bernard G. Skomal
United States Magistrate Judge