1  E. JOSEPH CONNAUGHTON (SBN 166765)
   JEFFREY P. AMES (SBN 234871)
2  DANIELLE M. BLACKHALL (SBN 251555)
   **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
3  101 W. Broadway, Ninth Floor
   San Diego, California 92101-8285
4  Telephone: 619-237-5200
   Facsimile: 619-615-0700
5  Email: jconnaughton@paulplevin.com

6  KEVIN M. FLOWERS, PH.D. (*admitted pro hac vice*)
   MARK H. IZRAELEWICZ (*admitted pro hac vice*)
7  JOHN R. LABBE (*admitted pro hac vice*)
   CULLEN N. PENDLETON, PH.D. (*admitted pro hac vice*)
8  AMANDA K. ANTONS, PH.D. (*admitted pro hac vice*)
   **MARSHALL, GERSTEIN & BORUN** LLP
9  233 South Wacker Drive
   6300 Willis Tower
10 Chicago, Illinois 60606-6357
   Telephone: 312- 474-6300
11 Email: kflowers@marshallip.com

12 Attorneys for Plaintiffs
   ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.
13
   [Continued on second page]
14

15             UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
16

17                                          Case No. 3:12-cv-01465-BEN-BGS

18  ILLUMINA, INC. and ILLUMINA           **JOINT CLAIM CONSTRUCTION
    CAMBRIDGE LTD.,                        WORKSHEET**
19
               Plaintiffs,
20                                          [Patent L.R. 4-2(b)]
21        v.
                                            Hon. Roger T. Benitez
22  COMPLETE GENOMICS, INC.,                Date:      July 11, 2013
                                            Time:      9:00 A.M.
23             Defendant.                   Room:      4B
24

25

26

27

28

JOINT CLAIM CONSTRUCTION
WORKSHEET                                  CASE NO. 3:12-CV-01465-BEN-BGS

Michael J. Malecek (State Bar No. 171034)
Email: michael.malecek@kayescholer.com
Sean Boyle (State Bar No. 238128)
Email:  sean.boyle@kayescholer.com
Marisa Armanino Williams (State Bar No. 264907)
Email:  marisa.armanino@kayescholer.com
**KAYE SCHOLER LLP**
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California  94306
Telephone:  (650) 319-4500
Facsimile:  (650) 319-4700

Attorneys for Defendant
COMPLETE GENOMICS, INC.

## JOINT CLAIM CONSTRUCTION WORKSHEET

| Claim 1 | Agreed Proposed Construction | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| A method for pairwise sequencing of **first and second regions** of a double stranded polynucleotide wherein said **first and second regions** are in the same target double stranded polynucleotide, the method comprising hybridising and reading from a first primer, removing the first primer followed by hybridising and reading from a second primer at a different location in the same target double stranded polynucleotide. | n/a | **"first and second regions"** means "two distinct and separate single-stranded portions" | **"first and second regions"** means "two distinct portions of the target double-stranded polynucleotide for sequence determination. The first and second regions for sequence determination are either on the same strand, or on complementary strands, of the double-stranded polynucleotide template." | |

| Claim 1 | Agreed Proposed Construction | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| A method for pairwise sequencing of first and second regions of a double stranded polynucleotide wherein said first and second regions are **in the same target double stranded polynucleotide**, the method comprising hybridising and reading from a first primer, removing the first primer followed by hybridising and reading from a second primer at a different location **in the same target double stranded polynucleotide**. | n/a | **"in the same target double stranded polynucleotide"** means "in the same strand or complementary strands derived from the original polynucleotide duplex from which sequencing information is desired" | **"in the same target double stranded polynucleotide"** means "in the template polynucleotide duplex formed from complementary first and second template strands which are linked to the solid support at or near their 5' ends" | |
| A method for pairwise sequencing of first and second regions of a double stranded polynucleotide wherein said first and second regions are in the same target double stranded polynucleotide, the method comprising **hybridising** and reading from **a** first **primer**, removing the first primer followed by **hybridising** and reading from **a** second **primer** at a different location in the same target double stranded polynucleotide. | **"hybridising . . . a . . . primer"** means "contacting the primer and template strand under conditions which promote annealing of primer to template" | n/a | n/a | |

| Claim 1 | Agreed Proposed Construction | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| A method for pairwise sequencing of first and second regions of a double stranded polynucleotide wherein said first and second regions are in the same target double stranded polynucleotide, the method comprising hybridising and **reading from a first primer**, removing the first primer followed by hybridising and **reading from a second primer** at a different location in the same target double stranded polynucleotide. | n/a | **"reading from a [first/second] primer"** means "obtaining sequence information near where the [first/second] primer has hybridized" | **"reading from a [first/second] primer"** means "the successive incorporation of nucleotides into a polynucleotide chain synthesized in the 5' to 3' direction from the [first/second] primer and the determination of the nature of the nucleotide after each incorporation" | |
| A method for pairwise sequencing of first and second regions of a double stranded polynucleotide wherein said first and second regions are in the same target double stranded polynucleotide, the method comprising hybridising and reading from a first primer, **removing the first primer** followed by hybridising and reading from a second primer at a different location in the same target double stranded polynucleotide. | n/a | **"removing the first primer"** need not be construed, or if construed, the Court should construe this phrase as having its plain and ordinary meaning. | **"removing the first primer"** means "heating or chemically denaturing from the surface the first sequencing primer when the first sequencing reaction is complete." | |

| Claim 1 | Agreed Proposed Construction | Plaintiffs' Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|---|
| A method for pairwise sequencing of first and second regions of a double stranded polynucleotide wherein said first and second regions are in the same target double stranded polynucleotide, the method comprising hybridising and reading from a first primer, removing the first primer followed by hybridising and reading from a second primer at a **different location** in the same target double stranded polynucleotide. | n/a | **"different location"** means "a location distinct and separate from the location of hybridizing and reading from the first primer" | **"different location"** means "location of the second region that is distinct from the first region" | |

1

2

3 **SIGNATURE CERTIFICATION**

4    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

5 Policies and Procedures Manual, I hereby certify that the content of this document

6 is acceptable to Michael J. Malecek, counsel for Defendant and Counterclaimant

7 Complete Genomics, Inc., and that I have obtained Mr. Malecek's authorization to

8 affix his electronic signature to this document.

9

10 Dated: April 16, 2013              Respectfully submitted,
                                     MARSHALL, GERSTEIN & BORUN LLP
11
                           By:  /s/ John R. Labbé
12                              John R. Labbé (admitted *pro hac vice*)
                                Attorneys for Plaintiffs
13

14

15                                   KAYE SCHOLER LLP

16                         By:  /s/ Michael J. Malecek
                                Michael J. Malecek
17                              Attorneys for Defendant

18

19

20

21

22

23

24

25

26

27

28

JOINT CLAIM CONSTRUCTION
WORKSHEET                          7    CASE NO. 3:12-CV-01465-BEN-BGS