Michael J. Malecek (State Bar No. 171034)
Email address: michael.malecek@kayescholer.com
Sean Boyle (State Bar No. 238128)
Email address: sean.boyle@kayescholer.com
Marisa Armanino Williams (State Bar No. 264907)
Email address: marisa.armanino@kayescholer.com
Henry W. Schober III (State Bar No. 284388)
Email address: henry.schober@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Attorneys for Defendant
COMPLETE GENOMICS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC., <br><br> Defendant. | Case No. 3:12-cv-01465 BEN BGS <br><br> **JOINT MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION** |

1  The parties hereby jointly request leave to exceed the page limitation set forth in Civil L.R. 7.1(h) and Patent Local Rule 4.4(c) (mandating twenty-five pages for opening briefs and ten pages for responsive briefs, for a total of thirty-five pages per party).  The parties seek a five-page extension of the thirty-five page limit, for a total of forty pages per party for the Opening Claim Construction brief and Responsive Claim Construction brief combined.

Good cause exists to grant this Joint Motion.  The parties request these five additional pages to better address the disputed claim construction issues.  The parties believe that this modest page extension will assist the Court in understanding the claim terms of the patent-in-suit.

For the foregoing reasons, the parties respectfully request that the Court extend the total page limit for the Opening and Responsive Claim Construction briefs, scheduled to be filed on May 29, 2013, and June 12, 2013, respectively, from thirty-five pages to forty pages.

Dated:  May 23, 2013

Respectfully submitted,

KAYE SCHOLER LLP

By: */s/ Marisa Williams*
Marisa Williams
Attorneys for Defendant
COMPLETE GENOMICS, INC.

Respectfully Submitted,

MARSHALL, GERSTEIN & BORUN LLP

By: */s/ John R. Labbe*
John R. Labbe
Attorneys for Plaintiffs
ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to John R. Labbe, counsel for Plaintiff Illumina, Inc. and Illumina Cambridge Ltd., and that I have obtained Mr. Labbe's authorization to affix his electronic signature to this document.

## PROOF OF SERVICE

I am an attorney, and on May 23, 2013, I caused a true and correct copy of the foregoing document to be served via CM/ECF to the e-mail addresses set forth below:

>E Joseph Connaughton , III
>Paul Plevin Sullivan and Connaughton
>101 West Broadway
>Ninth Floor
>San Diego, CA 92101-8285
>Email: jconnaughton@paulplevin.com
>
>Kevin M. Flowers
>John R. Labbé
>Mark H. Izraelewicz
>Amanda K. Antons
>Cullen N. Pendleton
>Marshall, Gerstein & Borun, LLP
>233 South Wacker Drive
>Suite 6300
>Chicago, IL 60606
>Email: jlabbe@marshallip.com
>Email: kflowers@marshallip.com
>Email: mizraelewicz@marshallip.com
>Email: aantons@marshallip.com
>Email: cpendleton@marshallip.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May 2013.

                                             */s/ Marisa Williams*
                                             Marisa Williams