# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC., <br><br> Defendant. | Case No. 3:12-cv-01465 BEN BGS <br><br> **ORDER GRANTING JOINT MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION** |

The Court, having considered the papers submitted, the arguments of counsel for the parties, and such other matters as the Court deems appropriate, and finding good cause therefore, rules as follows:

IT IS HEREBY ORDERED that the Joint Motion for Leave to Exceed the Page Limitation is GRANTED. The total page limit for the Opening and Responsive Claim Construction briefs is extended from thirty-five pages to forty pages.

IT IS SO ORDERED.

Date: 5/23/13

Honorable Roger T. Benitez
United States District Court Judge