*Illumina, Inc. and Illumina Cambridge Ltd. v. Complete Genomics, Inc.*
Case No. 3:12-cv-01465-BEN-BGS

INDEX OF EXHIBITS

Declaration of John R. Labbe in Support of
Illumina's Opening Claim Construction Brief

| Exhibit | Description | Page |
|---|---|---|
| A | U.S. Patent No. 8,192,930 | 1 |
| B | U.S. Patent No. 6,306,597 | 36 |
| C | "High-Throughput DNA Sequencing—Concepts and Limitations" | 57 |
| D | March 4, 2011 Office Action issued by the United States Patent and Trademark office ("USPTO") regarding the application for the '930 patent | 70 |
| E | December 7, 2011 Amendment and Response Under 37 CFR § 1.111 filed on behalf of the inventors of the '930 patent before the USPTO | 90 |
| F | April 2, 2012 Notice of Allowability issued by the USPTO regarding the application for the '930 patent | 103 |