# TABLE OF EXHIBITS

Page(s)

1. Exhibit A is a true and correct copy of U.S. Patent No. 8,192,930 ("the '930 patent") titled, "Method for Sequencing A Polynucleotide Template," issued on June 5, 2012, to Eric Vermaas, *et al.* ...................................................................................................1

2. Exhibit B is a true and accurate copy of Shendure, *et al., Accurate Multiplex Polony Sequencing of an Evolved Bacterial Genome,* 309 Science 1728-1735 (2005), with Supporting Online Material..............................................................37

3. Exhibit C is a true and accurate copy of an illustration of DNA ..................84

4. Exhibit D is a true and accurate copy of an illustration of hybridization and denaturation...................................................................86

5. Exhibit E is a true and accurate coy of an illustration of nucleotides in a DNA strand................................................................88

6. Exhibit F is a true and accurate copy of an illustration of directionality of DNA strands ..............................................................90

7. Exhibit G is a true and accurate copy of an illustration of sequencing-by-synthesis.................................................................92

8. Exhibit H is a true and accurate copy of an illustration of the attachment of DNA strands to solid support .................................................94

9. Exhibit I is a true and accurate copy of an illustration of cluster amplification ...............................................................96

10. Exhibit J is a true and accurate copy of an illustration of finished amplified clusters...................................................................98

11. Exhibit K is a true and accurate copy of an illustration of the embodiments of the '930 patent ...............................................................100

12. Exhibit L is a true and accurate copy of PCT application WO98/44151, published October 8, 1998................................................102

13. Exhibit M is a true and accurate copy of PCT application WO00/18957, published April 6, 2000 ...................................................... 212

14. Exhibit N is a true and accurate copy of a Preliminary Amendment, dated August 7, 2008, in regard to the prosecution of U.S. Patent No. 12/223759, the application that matured into the '930 patent ............................................................................................................. 317

15. Exhibit O is a true and accurate copy of an Office Action, dated March 4, 2011, in regard to the prosecution of U.S. Patent Application No. 12/223759 ............................................................. 326

16. Exhibit P is a true and accurate copy of an Amendment and Response, dated June 6, 2011, in regard to the prosecution of U.S. Patent Application No. 12/223759 ................................................... 359

17. Exhibit Q is a true and accurate copy of an Office Action, dated September 7, 2011, in regard to the prosecution of U.S. Patent Application No. 12/223759 ............................................................. 375

18. Exhibit R is a true and accurate copy of an Amendment and Response, dated December 7, 2011, in regard to the prosecution of U.S. Patent Application No. 12/223759 ................................................... 402

19. Exhibit S is a true and accurate copy of an Interview Summary, dated December 15, 2011, in regard to the prosecution of U.S. Patent Application No. 12/223759 ............................................................. 417

20. Exhibit T is a true and accurate copy of a Notice of Allowance, dated April 2, 2012, in regard to the prosecution of U.S. Patent Application No. 12/223759 ............................................................. 421

21. Exhibit U is a true and accurate copy of excerpts from the "Highly Confidential - Attorneys' Eyes Only" transcript of the March 7, 2013 deposition of Eric Vermaas. FILED UNDER SEAL ......................................................................... 439

22. Exhibit V is a true and accurate copy of excerpts from the "Highly Confidential - Attorneys' Eyes Only" transcript of the March 12, 2013 deposition of Jonathan Boutell FILED UNDER SEAL ................................................................................... 440

23. Exhibit W is a true and accurate copy of excerpts from the "Highly Confidential - Attorneys' Eyes Only" transcript of the March 13, 2013 deposition of Colin Barnes FILED UNDER SEAL ................................................................................... 441