*Illumina, Inc. and Illumina Cambridge Ltd. v. Complete Genomics, Inc.*

Case No. 3:12-cv-01465-BEN-BGS

INDEX OF EXHIBITS

Declaration of John R. Labbé in Support of
Illumina's Responsive Claim Construction Brief

| Exhibit | Description | Page |
|---|---|---|
| A | U.S. Patent No. 8,192,930 | 1 |
| F | April 2, 2012 Notice of Allowability issued by the USPTO regarding the application for the '930 patent | 103 |
| G | August 7, 2008 Preliminary Amendment | 107 |
| H | Dr. Colin Barnes Deposition Transcript, March 13, 2013 | 115 |