E. JOSEPH CONNAUGHTON (SBN 166765)
JEFFREY P. AMES (SBN 234871)
DANIELLE M. BLACKHALL (SBN 251555)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
101 W. Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700
Email: jconnaughton@paulplevin.com

KEVIN M. FLOWERS, PH.D. (*admitted pro hac vice*)
MARK H. IZRAELEWICZ (*admitted pro hac vice*)
JOHN R. LABBE (*admitted pro hac vice*)
CULLEN N. PENDLETON, PH.D. (*admitted pro hac vice*)
AMANDA K. ANTONS, PH.D. (*admitted pro hac vice*)
**MARSHALL, GERSTEIN & BORUN** LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: 312- 474-6300
Email: kflowers@marshallip.com

Attorneys for Plaintiffs
ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>COMPLETE GENOMICS, INC.,<br><br>Defendant. | Case No. 3:12-cv-01465-BEN-BGS<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

JOINT MOTION TO DISMISS ACTION          CASE NO. 3:12-CV-01465-BEN-BGS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and Local Rule 7.2 Plaintiffs and Counterdefendants Illumina, Inc. and Illumina Cambridge Ltd. ("Illumina") and Defendant and Counterclaimant Complete Genomics, Inc. ("CGI"), hereby stipulate and jointly move the Court to dismiss all claims and counterclaims in this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July 19, 2013

/s/     E. Joseph Connaughton
E. Joseph Connaughton (SBN 166765)
PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
101 W. Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700
Email: jconnaughton@paulplevin.com

Kevin M. Flowers (admitted *pro hac vice*)
Email:  kflowers@marshallip.com
John R. Labbé (admitted *pro hac vice*)
Email:  jlabbe@marshallip.com
Mark H. Izraelewicz (admitted *pro hac vice*)
Email:  mizraelewicz@marshallip.com
Cullen N. Pendleton (admitted *pro hac vice*)
Email:  cpendleton@marshallip.com
Amanda K. Antons (admitted *pro hac vice*)
Email:  aantons@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone:  (312) 474-6300
Facsimile:  (312) 474-0448

Attorneys for Plaintiffs and Counterdefendants ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.

*/s/     Michael J. Malecek*
Michael J. Malecek (State Bar No. 171034)
Email: michael.malecek@kayescholer.com
Sean Boyle (State Bar No. 238128)
Email:  sean.boyle@kayescholer.com
Marisa Williams (State Bar No. 264907)
Email: marisa.armanino@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:  (650) 319-4500
Facsimile:  (650) 319-4700

Attorneys for Defendant and Counterclaimant
COMPLETE GENOMICS, INC.

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michael Malecek, counsel for Defendant and Counterclaimant, Complete Genomics, Inc., and that I have obtained his authorization to affix his electronic signature to this document.

*/s/   E. Joseph Connaughton*
E. Joseph Connaughton

JOINT MOTION TO DISMISS ACTION            3        CASE NO. 3:12-CV-01465-BEN-BGS