FILED

2013 JUL 23  PM 2: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC., <br><br> Defendant. | Case No. 3:12-cv-01465-BEN-BGS <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

Having considered the parties' Joint Motion to Dismiss the above-captioned matter, and good cause appearing,

The Court hereby **GRANTS** the parties' Joint Motion and **ORDERS** that the entire action be dismissed, with prejudice; each party shall bear its own costs and attorneys' fees. The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

Dated: 7/23/13

Hon. Roger T. Benitez
United States District Judge

---

ORDER
CASE NO. 3:12-CV-01465-BEN-BGS