# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.,, <br><br> Plaintiffs, <br><br> vs. <br><br> COMPLETE GENOMICS, INC. and DOES 1-50, inclusive, <br><br> Defendant. | CASE NO. 12-CV-1465 BEN (BGS) <br><br> **ORDER GRANTING COMPLETE GENOMIC'S REQUEST FOR RETURN OF DOCUMENTS** <br><br> [ECF No. 55] |

Defendant Complete Genomics, Inc. has filed an ex parte motion for an Order authorizing the return of the return of certain documents lodged under seal so that they may be disposed of pursuant to the parties' protective order. (ECF No. 55.) Plaintiffs do not oppose the motion. (ECF No. 57.) The motion is granted. Defendant may contact chambers to arrange pickup of the documents that were provided to the Court.

**IT IS SO ORDERED.**

DATED: August __, 2013

HON. ROGER T. BENITEZ
United States District Court Judge